UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Juel Roundtree

(In the space above enter the full name(s) of the plaintiff(s).)

-against-

New York City
Department of Corrections
Dept. of Justice
NYPD

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)

**15CV 6582**

COMPLAINT
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☒ Yes  ☐ No
(check one)

RECEIVED
AUG 19 2015
PRO SE OFFICE

I.   Parties in this complaint:

A.   List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name   Juel Roundtree
            ID #   349 150 5981
            Current Institution   GRVC
            Address   09-09 Hazen St,
                      E. Elmhurst NY 11370

B.   List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name   New York City                    Shield #
                  Where Currently Employed
                  Address

1

Defendant No. 2   Name __Dept. of Correction__ Shield #_____
                  Where Currently Employed _____
                  Address _____

Defendant No. 3   Name __Dept. of Justice__ Shield #_____
                  Where Currently Employed _____
                  Address _____

Defendant No. 4   Name __NYPD__ Shield #_____
                  Where Currently Employed _____
                  Address _____

Defendant No. 5   Name _____ Shield #_____
                  Where Currently Employed _____
                  Address _____

II. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur?
__RIKERS Island__

B. Where in the institution did the events giving rise to your claim(s) occur?
__Cashiers Office__

C. What date and approximate time did the events giving rise to your claim(s) occur?
__12/26/2003 until Current date__

| What happened to you? | Facts: Through a variety of false arrest situations, including not being mirandized, false charges being dropped, forced plea deals and the like. Regardless, of guilt or innocence |
|---|---|
| Who did what? | Riker's Island and JJS white st, seem to be charging me money for phone calls, commisary and disciplinary hearings. I have had numerous charges dismissed, yet even when NYC, and NYPD are obviously at fault the monetary charges remain |
| Was anyone else involved? | in my case over 10 years, yet they have continually lost my property, stolen from me, etc., yet there is no tab running for that. Also, I have been searched nude on camera at times, even though only charged with misdemeanors. I have bailed out for years yet prior to 2011, never received any bail money back. Also, |
| Who else saw what happened? | I am now physically disabled and housed with younger, healthier, much more violent men with no concern for my safety or my lack of well being. |

III.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I suffer PTSD, Manic depression with psychotic features, !!! as well as, a host of physical ailments made much worse by the above conditions. I am precluded from buy food or snacks or making call & sending mail as I'd like due to the mystery $1000 I always seem to owe.

IV.    Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓    No ___

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). GRVC, ARDC, MDC etc.

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ✓   No ___   Do Not Know ___

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ___   No ___   Do Not Know ✓

If YES, which claim(s)? ___

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ✓   No ___

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ___   No ___

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? Different bldgs. different times

1. Which claim(s) in this complaint did you grieve? ___

2. What was the result, if any? NONE

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. Don't remember

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: ___

2. If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any: _____

_____

_____

_____

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____

_____

_____

_____

_____

_____

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). I would like my account debt at $0, I would also like policy changes to this corrupt system. I think men should be confined closer to their own age, and C.O.'s be scrutinized, picked and trained better. I am seeking $5,000,000 for years of abuse, disrespect, discomfort, theft, deception and civil and human right violations.

VI. Previous lawsuits:

On these claims

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____ No ✓

Rev. 05/2010                                                                                   5

B.  If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes ____ No ____

    If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

[On other claims]

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
Yes ✓  No ____

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff __Juel Roundtree__

Defendants __Health & Hospitals Police, NYC etc.__

2. Court (if federal court, name the district; if state court, name the county) __Southern district__

3. Docket or Index number __UNKNOWN__

4. Name of Judge assigned to your case __UNKNOWN__

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes ____ No ✓

    If NO, give the approximate date of disposition __2006__

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) __Ended because they claimed I could not be found, a fraudulent lie.__

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___ day of _____, 20___.

Signature of Plaintiff  *[signature]*  
Inmate Number  349 150 5881  
Institution Address  GRVC  
09-09 HAZeN St,  
E. Elmhurst NY 11370

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _____ day of _____, 20___, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: *[signature]*

7





Joel Roundtree 344.150.5981
GRVC 09-09 Hazen St.
E. Elmhurst N.Y. 11370

RECEIVED
AUG 19 2015
PRO SE OFFICE

USM P3 SDNY

Pro-se Office
United States Dist. Court
Southern Dist. of New York
500 Pearl St. Rm. 230
N.Y., N.Y. 10007