3/20/18

To: Whom it may Concern

From: Joel Roundtree # 17A4980

RE: 15-cv-6582    Settlement Request

To make things simple I will list my costs & a meager amount to settle this case, since it is obvious there is little to gain prolonging or protracting another result.

1. $125.00 is what I spent on commisary I never got to eat.
2. $1500 is roughly my carfare back & forth to court + meals
3. $1500 bail I had to pay.
4. $7500 for false arrest/fabrication of evid./Malicious Pros./Threatening my wife.

Final amount $10,625.00, and I need nothing less to make me whole again. My expenses & losses ar non-negotiable.

I am also requesting expedited payment of 15-30 days.

Thank you in advance.

Joel Roundtree

FRANKLIN CORRECTIONAL FACILITY
62 BARE HILL ROAD, P.O. BOX 10
MALONE, NEW YORK 12953

NAME: Juel Rountree  DIN: 17A4949

U.S. Dist. Ct. /S.D.N.Y.
(pro se Intake)
500 Pearl St.
N.Y., N.Y. 10007

Legal
Mail

neopost
03/21/2018
US POSTAGE $000.47
ZIP 12953
041L11251110