```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
  JUEL ROUNDTREE,                                                :
                                                                 :
                                        Plaintiff,               :
                                                                 :
                   -against-                                     :
                                                                 :
  NYC; NYPD; LT. CHEN OF MIDTOWN                                 :
  SOUTH PCT.; JANE DOE #1; JOHN DOE                              :
  #1 THROUGH 4,                                                  :
                                        Defendants.              :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/07/2018

1:15-cv-6582-GHW

ORDER

GREGORY H. WOODS, District Judge:

Defendants' request for a telephone conference regarding the status of the parties' settlement, Dkt. No. 135, is granted.  It is hereby ORDERED that all parties appear via telephone for a conference with the Court on **June 12, 2018 at 3:00 p.m.** to discuss the status of the parties' settlement.  IT IS FURTHER ORDERED that the Warden or other official in charge of the Upstate Correctional Facility, produce Plaintiff Juel Roundtree, ID# 17A4980, on June 12, 2018, no later than 2:45 p.m., to a suitable location within the Upstate Correctional Facility that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and defense counsel.  If this time and date presents an inconvenience, the Warden or the Warden's designee should promptly inform Chambers by calling the Courtroom Deputy at (212) 805-0296.

Defense counsel must:  (1) send this order to the Warden immediately; (2) contact the correctional facility identified above to determine the telephone number at which the plaintiff will be reachable at the time and date of the conference; and (3) telephone the Court with the plaintiff on the line at the time and date of the conference.  Defense counsel is further directed to submit to the Court a copy of the correspondence from plaintiff referenced in defense counsel's June 7, 2018 letter.

The Clerk of Court is directed to mail Plaintiff a copy of this order by certified mail, and to close the motion pending at Dkt. No. 135.

SO ORDERED.

Dated: June 7, 2018                           _____
New York, New York                     GREGORY N. WOODS
                                                   United States District Judge