To | it may concern                                                                8/22/18

From: Juel Roundtree # 1714980                RECEIVED
                                              SDNY DOCKET UNIT

RE: 15-cv-7255, 15-cv-6582, 15-cv-6...   2018 AUG 28  AM 10:48

Though I do not know the address, I am being transferred in the morning to a jail called "Riverview Corr. Fac.", near Syracuse, N.Y. in the Watertown Hub. Since I can never judge what my experience will be upon arrival I send this update. Please reply accordingly to my new confinement area.

                                    Thank you in advance,
                                    Mr. Juel Roundtree

Change of address

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8-28-18
```

**ULSTER CORRECTIONAL FACILITY**
P.O. Box 800
Napanoch, N.Y. 12458
NAME: Je Rountree
DIN: 17A4980

RECEIVED
SDNY PRO SE DOCKETING
2018 AUG 28 AM 10:41

U.S. Dist. Ct / S.D.N.Y.
(Pro-se Intake)
500 Pearl St.
N.Y., N.Y. 10007

Legal Mail

